JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:     619.232.0441
Facsimile:      619.232.4302

Attorneys for Defendant
PILOT TRAVEL CENTERS, LLC

MICHAEL L. CARVER, Bar No. 173633
PATRICIA A. SAVAGE, Bar No. 236235
LAW OFFICES OF MICHAEL CARVER
1550 Humboldt Road, Suite 1
Chico, CA  95928
Telephone:     530.891.8503
Facsimile:      530.891.8512

Attorneys for Plaintiff
ANTONIA MUNIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA MUNIZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PILOT TRAVEL CENTERS LLC, and DOES 1-15, inclusive,<br><br>                    Defendant. | Case No.  2:07-CV-00325-FCD-EFB<br><br>**STIPULATION SEEKING MODIFICATION TO CORRECTED STATUS (PRETRIAL SCHEDULING ORDER); ORDER THEREON**<br><br>**JUDGE:  FRANK C. DAMRELL, JR.**<br><br>Dept:  4-200<br><br>Trial Date:  August 4, 2009 |

   On August 15, 2007, the Court issued a Corrected Status (Pretrial Scheduling Order). On page 8 of the Order it provides the parties 10 days to request corrections to the Order, and also provides that Court approval is needed with respect to revisions to dates set out in the Order.

   The parties request the below set out modifications to the Order, which do not affect any of the hearing dates set by the Court, to ensure that they have sufficient time to complete pre-certification discovery, including expert discovery.  Additional time is needed due to the trial

schedule and travel schedules of counsel, witness availability, and the need to take depositions in Tennessee, which has made scheduling more difficult.

    1. That Pre-Certification discovery be completed no later than December 31, 2007 (the current date is November 2, 2007).

    2. And that the Pre-Certification expert disclosure deadlines be revised as follows:

        a. Initial expert disclosures be due on December 17, 2007 (the current date is November 16, 2007).

        b. Rebuttal expert disclosures be due on January 7, 2008 (the current date is December 6, 2007).

        c. That Pre-Certification expert discovery be completed by February 4, 2008 (the current date is January 4, 2008).

IT IS SO STIPULATED.

Dated: August 22, 2007

                              JODY A. LANDRY
                              MICHELE Z. STEVENSON
                              LENA K. SIMS
                              LITTLER MENDELSON
                              A Professional Corporation
                              Attorneys for Defendant
                              PILOT TRAVEL CENTERS, LLC

Dated: August 22, 2007

                              /s/ Michael Carver
                              MICHAEL CARVER
                              PATRICIA SAVAGE
                              LAW OFFICES OF MICHAEL CARVER
                              Attorneys for Plaintiff
                              ANTONIO MUNIZ

**ORDER**

For good cause shown, it is hereby ordered that the following modifications be made to the Court's August 15, 2007, Corrected Status (Pretrial Scheduling Order):

1. That Pre-Certification discovery be completed no later than December 31, 2007.

2. That the Pre-Certification expert disclosure deadlines be revised as follows:

   a. Initial expert disclosures be due on December 17, 2007.

   b. Rebuttal expert disclosures be due on January 7, 2008.

   c. That Pre-Certification expert discovery be completed by February 4, 2008.

IT IS SO ORDERED.

DATED: August 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE