JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:    619.232.0441
Facsimile:     619.232.4302

Attorneys for Defendant
PILOT TRAVEL CENTERS, LLC

MICHAEL L. CARVER, Bar No. 173633
PATRICIA A. SAVAGE, Bar No. 236235
LAW OFFICES OF MICHAEL CARVER
1550 Humboldt Road, Suite 1
Chico, CA  95928
Telephone:    530.891.8503
Facsimile:     530.891.8512

Attorneys for Plaintiff
ANTONIA MUNIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA MUNIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC, and DOES 1-15, inclusive,<br><br>Defendant. | Case No.  2:07-CV-00325-FCD-EFB<br><br>**SECOND STIPULATION SEEKING MODIFICATION TO CORRECTED PRE-TRIAL SCHEDULING ORDER; ORDER THEREON**<br><br>**JUDGE:  FRANK C. DAMRELL, JR.**<br><br>Dept: 4-200<br><br>Trial Date: August 4, 2009 |

On August 28, 2007, the court granted the parties request to change the date for completion of pre-certification discovery from November 2, 2007 to December 31, 2007, and also revised the dates for pre-class certification motion expert deadlines.  The parties now stipulate and request that the deadline for completing pre-certification discovery be moved to April 28, 2008, and that the initial expert disclosure date be moved to February 20, 2008 and that the rebuttal disclosures be postponed until March 20, 2008.  The revision of these dates will not require the need to change any other deadlines set by the Court.

SECOND STIPULATION RE CHANGE TO
CORRECTED SCHEDULING ORDER; AND
ORDER THEREON

The parties make this request to allow them sufficient time to complete a planned mediation before having to undergo time consuming and expensive discovery that will be needed in the event the mediation is not successful.

IT IS SO STIPULATED.

Dated: October 15, 2007

/s/ Jody A. Landry
JODY A. LANDRY
MICHELE Z. STEVENSON
LENA K. SIMS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PILOT TRAVEL CENTERS, LLC

Dated: October 15, 2007

/s/ Michael Carver
MICHAEL CARVER
PATRICIA SAVAGE
LAW OFFICES OF MICHAEL CARVER
Attorneys for Plaintiff
ANTONIO MUNIZ

**ORDER**

For good cause shown, it is hereby ordered that the following modification be made to the Court's August 15, 2007, Corrected Status (Pretrial Scheduling Order), which was previously modified on August 28, 2007:

1. That the deadline for initial disclosure of experts prior to the class certification motion is moved to February 20, 2008.

2. That the deadline for rebuttal expert disclosure prior to the class certification motion is moved to March 20, 2008.

3. That Pre-Certification discovery be completed no later than April 28, 2008.

IT IS SO ORDERED.

DATED: October 23, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SECOND STIPULATION RE CHANGE TO CORRECTED SCHEDULING ORDER; AND ORDER THEREON

2.